IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MAGNA ELECTRONICS INC., Plaintiff, | |
| v. | Civil Action No. 1:12-cv-00654 |
| TRW AUTOMOTIVE HOLDINGS CORP.; TRW AUTOMOTIVE U.S. LLC; and TRW VEHICLE SAFETY SYSTEMS INC. | Honorable Paul L. Maloney  Honorable Joseph G. Scoville |
| Defendants. | |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MAGNA'S CLAIMS OF INFRINGEMENT**

Subject to the Court's approval, the parties hereto, by their respective counsel, hereby stipulate to a 24 day extension of TRW's time to answer or otherwise plead in a response to Magna's counterclaims of infringement originally brought in Case No. 13-cv-00687, up to and including October 28, 2013.  This is the second such request for extension of time.  A proposed Order is filed herewith.

Dated:  October 4, 2013

So Stipulated:

- 2 -

By: */s/Michael S. Golenson*
Allan J. Sternstein
Timothy K. Sendek
Michael S. Golenson
Lathrop & Gage LLP
155 N. Wacker, Suite 3050
Chicago, IL 60606
312.920.3300
Fax: 312.920-3301
asternstein@lathropgage.com
tsendek@lathropgage.com
mgolenson@lathropgage.com

Mark J. Magyar
Dykema Gossett PLLC
300 Ottawa Avenue, N.W.
Suite 700
Grand Rapids, MI 49503
616-776-7500
mmagyar@dykema.com
*Attorneys for TRW Automotive U.S. LLC*

/s/*Terence J. Linn* (*with permission)*
Terence J. Linn (P33449)
Gardner, Linn, Burkhart & Flory, LLP
2851 Charlevoix Drive SE, Suite 207
Grand Rapids, MI 49546
616.975.5500
linn@glbf.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAGNA ELECTRONICS INC., Plaintiff,

v.

TRW AUTOMOTIVE HOLDINGS CORP.;
TRW AUTOMOTIVE US LLC; and TRW
VEHICLE SAFETY SYSTEMS INC.

Defendants.

Civil Action No. 1:12-cv-00654

Honorable Paul L. Maloney
Honorable Joseph G. Scoville

## **ORDER**

This matter came to be heard upon stipulation for an extension of time for TRW to answer or otherwise plead in response to Magna's counterclaims of infringement originally brought in Case No. 13-cv-00687 for a period of twenty four days up to and including October 28, 2013.

After due consideration and good cause appearing, it is hereby ordered that the Stipulation is GRANTED and the period for TRW to answer or otherwise plead in response is extended up to and including October 28, 2013.

_____
Hon. Paul L. Maloney
U.S. District Judge