UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| MAGNA ELECTRONICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:13-cv-324 |
| | ) | |
| v. | ) | Honorable Paul L. Maloney |
| | ) | |
| TRW AUTOMOTIVE HOLDINGS CORP., et al., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER DENYING MOTION FOR LEAVE TO FILE UNDER SEAL

    This is a patent infringement case. Defendants have moved for leave to file their answer and counterclaim to plaintiff's third amended complaint under seal, leaving a redacted version in the public record. The motion is not supported by a brief, in violation of W.D. Mich. LCivR 7.1(a). As grounds for the relief requested, defendants merely recite that "certain portions" of their affirmative defenses and counterclaims "reference" information that plaintiff has designated as highly confidential under the previous protective order. Defendants' certification of their efforts to seek concurrence under Local Rule 7.1(d) is cursory at best, in that defendants vaguely suggest that their counsel "inquired" of plaintiff's counsel whether the motion would be opposed, identifying the date of inquiry as the very same day the motion was filed.

    Defendants' perfunctory motion is patently deficient and makes a mockery of the Local Rules. Defendants' motion for leave to file under seal (docket # 67) is hereby DISMISSED without prejudice, for failure to abide by the requirements of Local Rule 7. Defendants may

resubmit their request in proper form, supported by a brief citing specific legal authority and non-conclusory arguments which would entitle defendants to the extraordinary relief requested. All parties are advised, however, of the strong presumption of public access to court records identified by both the Supreme Court and the Sixth Circuit. *See Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978); *Brown & Williamson Tobacco Corp. v. FTC*, 710 F.2d 1165, 1177-81 (6th Cir. 1983).

DONE AND ORDERED this 31st day of October, 2013.

/s/  Joseph G. Scoville
United States Magistrate Judge