IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

- - - - - - - -

| | |
|---|---|
| MAGNA ELECTRONICS INC. ) | |
| ) | Lead Case:  12-cv-000654 |
| Plaintiff/Counter-Defendant, ) | |
| ) | Civil Action No. 13-cv-00324 |
| v. ) | |
| ) | Honorable Paul L. Maloney |
| TRW AUTOMOTIVE HOLDINGS CORP.; ) | |
| TRW AUTOMOTIVE US LLC; and ) | |
| TRW VEHICLE SAFETY SYSTEMS INC. ) | |
| ) | |
| Defendants /Counter-Claimants. ) | |
| _____ ) | |

**PLAINTIFF MAGNA ELECTRONICS INC.'S UNOPPOSED MOTION TO STAY TRW'S COUNTERCLAIM XVII OF INFRINGEMENT OF U.S. PATENT 6,807,287 PENDING INTERNATIONAL TRADE COMMISSION INVESTIGATION**

Pursuant to 28 U.S.C. §1659(a), Plaintiff / Counter-Defendant Magna Electronics, Inc. ("Magna") hereby moves for an order that Defendant / Counter-Claimant TRW Automotive U.S. LLC's ("TRW's") counterclaim XVII related to U.S. Patent No. 6,807,287 in the captioned action be stayed until the determination of the United States International Trade Commission ("ITC") in the recently instituted Investigation No. 337-TA-899 becomes final.  *See In re Princo Corp.*, 478 F.3d 1345, 1355 (Fed. Cir. 2007).

The basis for this motion is that TRW is asserting infringement of U.S. Patent No. 6,807,287 as Counterclaim XVII in the captioned action.  (Doc. No. 62).  TRW has now also initiated a proceeding before the ITC under section 337 of the Tariff Act of 1930 in the matter titled, *Certain Vision-Based Driver Assistance System Cameras and Components Thereof*, Investigation No. 337-TA-899, naming Magna as the respondent and alleging infringement of U.S. Patent No. 6,807,287.  The ITC instituted this investigation against Magna on November 7, 2013.  Accordingly, a stay of TRW's counterclaim of infringement in this action is mandatory under 28 U.S.C. §1659(a).

Pursuant to Local Civil Rule 7.1(d), counsel for Magna sought to obtain concurrence on the present motion from counsel for TRW, and was advised that TRW agrees Magna has the right to stay the counterclaim. As such, the present motion is submitted as an unopposed motion.

Magna expressly reserves and does not waive any other defenses.

Respectfully submitted,

Dated:  December 3, 2013

/s/Terence J. Linn
Terence J. Linn (P-33449)
Karl T. Ondersma (P-68028)
Gardner, Linn, Burkhart & Flory, LLP
2851 Charlevoix Drive SE, Suite 207
Grand Rapids, Michigan 49546
(616) 975-5500
linn@glbf.com
Attorneys for Plaintiff Magna Electronics Inc.