IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
- - - - - - - -

| | |
|---|---|
| MAGNA ELECTRONICS INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 13-cv-00324 |
| v. ) | |
| ) | Honorable Paul L. Maloney |
| TRW AUTOMOTIVE HOLDINGS CORP.;) | Honorable Joseph G. Scoville |
| TRW AUTOMOTIVE US LLC; and ) | |
| TRW VEHICLE SAFETY SYSTEMS INC. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**DEFENDANTS' INITIAL DISCLOSURE OF PRIOR ART**

Pursuant to the Court's Scheduling Order of November 8, 2013, Defendants submit the following items of prior art which Defendants contend invalidate each of the claims asserted in Plaintiff's Notice of Asserted Claims served January 14, 2014.  The attached disclosure (Attachment A) is made upon items of prior art currently available based upon Defendants' current knowledge, understanding, and beliefs concerning the asserted claims.  It is anticipated that the same may be supplemented from time to time as appropriate, including but not limited to upon positions taken by Plaintiff such as the scope of any claim argued by Plaintiff, any Markman submissions or rulings, any modifications made to Plaintiff's positions on infringement, and further discovery.

Dated February 14, 2014

/s/ Allan J. Sternstein

Allan J. Sternstein
Timothy K. Sendek
Michael S. Golenson
Sara M. Skulman
LATHROP & GAGE LLP
155 N. Wacker Drive
Suite 3050
Chicago, IL 60606
Phone: 312-920-3300
Fax: 312-920-3301
asternstein@lathropgage.com
tsendek@lathropgage.com
mgolenson@lathropgage.com
mskulman@lathropgage.com

Mark J. Magyar
DYKEMA GOSSETT PLLC
300 Ottawa Ave., N.W.
Suite 700
Grand Rapids, MI 49503
Phone: 616-776-7500
Fax: 616-776-7573
mmagyar@dykema.com

*Attorneys for TRW Automotive Holdings Corp., TRW Automotive U.S. LLC, and TRW Vehicle Safety Systems Inc.*