UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAGNA ELECTRONICS INC.,

      Plaintiff,                        Case No. 1:12−cv−00654−PLM

   v.                                     Hon. Paul L. Maloney

TRW AUTOMOTIVE HOLDINGS CORP., et al.,

      Defendants.
_____/

## ORDER

      Before the Court is a motion filed by the defendants for leave to file an enlarged brief in support of their motion to stay case pending resolution of IPR Proceedings and ITC Investigation (ECF No. 184). The defendants seek leave of the court to exceed the page limit set forth in W.D. Mich. LCivR 7.3(b) by four pages. The plaintiff does not concur in the motion. Upon due consideration of the motion by the Court, the motion is GRANTED. The brief in support of the motion to stay is deemed filed instanter.

      IT IS SO ORDERED.


Dated:  April 7, 2014                                 /s/ Paul L. Maloney
                                                       PAUL L. MALONEY
                                                       Chief United States District Judge