UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAGNA ELECTRONICS INC.,

    Plaintiff,                     HONORABLE PAUL L. MALONEY

v.                                    Case No. 1:12-cv-654 and 1:13-cv-324

TRW AUTOMOTIVE HOLDINGS
CORP., et al,

    Defendants.

_____/

### ORDER LIFTING STAY

Upon agreement of the parties and for the reasons and grounds set forth on the record during the Markman Hearing held on March 17, 2015, the Stay of the claims related to U.S. Patent No. 6,807,287 is hereby LIFTED.

**IT IS SO ORDERED**.

Dated: March 23, 2015                           /s/   Paul L. Maloney
                                                              Paul L. Maloney
                                                              Chief United States District Court