UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:12-cv-654 | 2/1/2016 | 9:10 a.m. - 9:20 a.m.<br>9:29 a.m. - 11:01 a.m.<br>11:24 a.m. - 11:26 a.m.<br>11:29 a.m. - 11:56 a.m.<br>1:20 p.m. - 3:12 p.m.<br>3:28 p.m. - 5:50 p.m. | Kalamazoo | Paul L. Maloney |

## CASE CAPTION

| Plaintiff: | Defendants: |
|---|---|
| Magna Electronics Inc. | TRW Automotive Holdings Corp., et al. |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Terence J. Linn, Richard A. Gaffin, and Karl Thomas Ondersma | Plaintiff |
| Allan J. Sternstein, Timothy K. Sendek, and Frederick D. Dilley | Defendants |

## PROCEEDINGS

**NATURE OF HEARING:** Jury Trial - Day 1; preliminary matters; jury selection; jury sworn; 1 juror excused upon stipulation of the parties, trial will proceed with 8 jurors; preliminary instructions; plaintiff's opening statement; defendants' opening statement; plaintiff's presentation of evidence;

Court Reporter: Kathleen Thomas          Case Manager: Amy Redmond

**Civil Minute Sheet Page 2 of 2**
**Magna Electronics Inc. v. TRW Automotive Holdings Corp., et al.**
**Case No.: 1:12-cv-654**
**Date: 2/1/2016**

**WITNESSES:**

| Pltf | Deft | Name of Witness |
|---|---|---|
| X | | Mark Larson |
| | | |
| | | |
| | | |
| | | |

**EXHIBITS:**

| Pltf | Deft | I.D. | Description | Admitted |
|---|---|---|---|---|
| X | | | Exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 15 | Yes |
| | X | | Exhibit BX | Yes |
| | | | | |
| | | | | |
| | | | | |

**ADDITIONAL INFORMATION:**