UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:12-cv-654 | 2/2/2016 | 8:44 a.m. - 10:54 a.m.<br>11:13 a.m. - 12:35 p.m.<br>1:49 p.m. - 3:26 p.m.<br>3:55 p.m. - 5:17 p.m. | Kalamazoo | Paul L. Maloney |

**CASE CAPTION**

| Plaintiff: | Defendants: |
|---|---|
| Magna Electronics Inc. | TRW Automotive Holdings Corp., et al. |

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| Terence J. Linn, Richard A. Gaffin, and Karl Thomas Ondersma | Plaintiff |
| Allan J. Sternstein, Timothy K. Sendek, and Frederick D. Dilley | Defendants |

**PROCEEDINGS**

**NATURE OF HEARING:** Jury Trial - Day 2; continuation of plaintiff's presentation of evidence

Court Reporter: Kathleen Thomas                    Case Manager: Amy Redmond

**Civil Minute Sheet Page 2 of 2**
**Magna Electronics Inc. v. TRW Automotive Holdings Corp., et al.**
**Case No.: 1:12-cv-654**
**Date: 2/2/2016**

**WITNESSES:**

| Pltf | Deft | Name of Witness |
|---|---|---|
| X | | Mark Larson |
| X | | Niall Lynam |
| | | |
| | | |
| | | |

**EXHIBITS:**

| Pltf | Deft | I.D. | Description | Admitted |
|---|---|---|---|---|
| X | | | Exhibits 16, 17, 18, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, | Yes |
| | | | 33, 34, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 65, 78, 135, 144, | |
| | | | 150, 151, 152, 154, 156, 161, 164, 167,  207, 208, 209, 211, | |
| | | | 463, 464, 465, 466, 467, 468, 470, 471, 473, 474, 476, 592, 736, | |
| | | | 738, 739, 740, 741, 742, 743, 745, 746, 747, 748, 751, 753, 757 | |
| | | | | |
| | | | | |
| | | | | |

**ADDITIONAL INFORMATION:**

| |
|---|
| |