UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:12-cv-654 | 2/3/2016 | 8:53 a.m. - 10:52 a.m.<br>11:16 a.m. - 12:13 p.m.<br>1:47 p.m. - 3:10 p.m.<br>3:31 p.m. - 5:07 p.m. | Kalamazoo | Paul L. Maloney |

**CASE CAPTION**

| Plaintiff: | Defendants: |
|---|---|
| Magna Electronics Inc. | TRW Automotive Holdings Corp., et al. |

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| Terence J. Linn, Richard A. Gaffin, and Karl Thomas Ondersma | Plaintiff |
| Allan J. Sternstein, Timothy K. Sendek | Defendants |

**PROCEEDINGS**

**NATURE OF HEARING:** Jury Trial - Day 3; continuation of plaintiff's presentation of evidence;

Court Reporter: Kathleen Thomas             Case Manager: Amy Redmond

**Civil Minute Sheet Page 2 of 2**
**Magna Electronics Inc. v. TRW Automotive Holdings Corp., et al.**
**Case No.: 1:12-cv-654**
**Date: 2/3/2016**

**WITNESSES:**

| Pltf | Deft | Name of Witness |
|---|---|---|
| X | | Niall Lynam |
| X | | David Heeger |
| | | |
| | | |

**EXHIBITS:**

| Pltf | Deft | I.D. | Description | Admitted |
|---|---|---|---|---|
| X | | | Exhibits  66, 67, 125, 126, 127, 138, 199, 200, 201, 204, 205, | Yes |
| | | | 210, 227, 282, 291, 347, 348, 349, 349N, 351, 361, 388, 401, | |
| | | | 403, 404, 411, 516, 528, 553, 596, 714, 716, 876 | |
| | | | | |
| | X | | Exhibits  CJ, BBD, BBE, BBK, BDK, BEC, | Yes |
| | | | | |
| | | | | |
| | | | | |

**ADDITIONAL INFORMATION:**

|  |
|---|
|  |