UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:12-cv-654 | 2/4/2016 | 8:47 a.m. - 9:10 a.m.<br>9:31 a.m. - 11:16 a.m.<br>11:41 a.m. - 12:25 p.m.<br>1:25 p.m. - 3:26 p.m.<br>3:45 p.m. - 4:25 p.m. | Kalamazoo | Paul L. Maloney |

**CASE CAPTION**

| Plaintiff: | Defendants: |
|---|---|
| Magna Electronics Inc. | TRW Automotive Holdings Corp., et al. |

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| Terence J. Linn, Richard A. Gaffin, and Karl Thomas Ondersma | Plaintiff |
| Allan J. Sternstein and Timothy K. Sendek | Defendants |

**PROCEEDINGS**

**NATURE OF HEARING:** Jury Trial - Day 4; continuation of plaintiff's presentation of evidence;

Court Reporter: Kathleen Thomas                    Case Manager: Amy Redmond

**Civil Minute Sheet Page 2 of 2**
**Magna Electronics Inc. v. TRW Automotive Holdings Corp., et al.**
**Case No.: 1:12-cv-654**
**Date:  2/4/2016**

**WITNESSES:**

| Pltf | Deft | Name of Witness |
|---|---|---|
| X |  | David Heeger |
|  |  |  |
|  |  |  |
|  |  |  |

**EXHIBITS:**

| Pltf | Deft | I.D. | Description | Admitted |
|---|---|---|---|---|
| X |  |  | Exhibits  272, 340, 341, 350, 354, 357, 393, 616, | Yes |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**ADDITIONAL INFORMATION:**