UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:12-cv-654 | 2/5/2016 | 8:30 a.m. - 8:38 a.m. | Kalamazoo | Paul L. Maloney |

**CASE CAPTION**

| Plaintiff: | Defendants: |
|---|---|
| Magna Electronics Inc. | TRW Automotive Holdings Corp., et al. |

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| Terence J. Linn, Richard A. Gaffin, and Karl Thomas Ondersma | Plaintiff |
| Allan J. Sternstein and Timothy K. Sendek, | Defendants |

**PROCEEDINGS**

**NATURE OF HEARING:** Jury Trial - Day 5; case settled; joint stipulation for dismissal with prejudice presented to the Court

Court Reporter: Kathleen Thomas					Case Manager: Amy Redmond